```
CO.    FILE     DEPT.    CLOCK    VCHR. NO.   581
PIU    000091   000040            0000297014   1
```

OMEGA PSI PHI FRATERNITY
3951 SNAPFINGER PKWY
DECATUR, GA 30035

**Earnings Statement**  ADP

| | |
|---|---|
| Period Beginning: | 07/11/2022 |
| Period Ending: | 07/24/2022 |
| Pay Date: | 07/26/2022 |

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

DIENICE MACKEY
4302 WALDROP PL
DECATUR GA 30035

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.00 | 80.00 | 1,980.00 | 7,920.00 |
| Gross Pay | | | $1,980.00 | 7,920.00 |

**Deductions  Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -93.01 | 372.04 |
| Social Security Tax | -122.76 | 491.04 |
| Medicare Tax | -28.71 | 114.84 |
| GA State Income Tax | -89.30 | 357.20 |
| Net Pay | $1,646.22 | |
| Checking | -1,646.22 | 6,584.88 |
| Net Check | $0.00 | |

Your federal taxable wages this period are $1,980.00
Your GA taxable wages this period are $1,980.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Toll Hrs Worked | 80.00 | |

**Important Notes**
ADP TotalSource, Inc. A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:  Single
Exemptions/Allowances:
  GA:  4

© 2000 ADP, LLC

| | |
|---|---|
| Advice number: | 00000297014 |
| Pay date: | 07/26/2022 |

**THIS IS NOT A CHECK**

Deposited to the account of
DIENICE MACKEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8340 | xxxx xxxx | $1,646.22 |

**NON-NEGOTIABLE**

ADP

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| PIU | 000091 | 000040 | | 0000270012 | 1 |

OMEGA PSI PHI FRATERNITY
3951 SNAPFINGER PKWY
DECATUR, GA 30035

**Earnings Statement** 

Period Beginning: 06/27/2022
Period Ending:   07/10/2022
Pay Date:        07/12/2022

DIENICE MACKEY
4302 WALDROP PL
DECATUR GA 30035

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.00 | 80.00 | 1,980.00 | 5,940.00 |
| Gross Pay | | | $1,980.00 | 5,940.00 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.01 | 279.03 |
| | Social Security Tax | -122.76 | 368.28 |
| | Medicare Tax | -28.71 | 86.13 |
| | GA State Income Tax | -89.30 | 267.90 |

Net Pay          $1,646.22
Checking        -1,646.22   4,938.66
Net Check            $0.00

**Important Notes**
ADP TotalSource, Inc., A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:         Single
Exemptions/Allowances:
  GA:         4

Your federal taxable wages this period are $1,980.00
Your GA taxable wages this period are $1,980.00

© 2000 ADP, LLC

Advice number:  00000270012
Pay date:       07/12/2022

**THIS IS NOT A CHECK**

Deposited to the account of
DIENICE MACKEY

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8340 | xxxx xxxx | $1,646.22 |

**NON-NEGOTIABLE**