UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-55528 - PWB |
| Dienice Lamonica Mackey, | |
|     Debtor, | CHAPTER 7 |
| | |
| Dienice Lamonica Mackey, | |
|     Movant, | |
| | |
| v. | |
| | CONTESTED MATTER |
| MIDLAND CREDIT MANAGEMEN, | |
|     Respondent. | |

**MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY**

This Motion of the Debtor respectfully represents:

1.

On July 21, 2022, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtor files this Motion under 11 U.S.C. § 522(f) to avoid a judicial lien which has attached to property of the Debtor through action of law following a monetary judgment obtained by Respondent on August 1, 2022, in the Magistrate Court of Gwinnett County, Georgia.

3.

Said judicial lien impairs Debtor's interest in property which Debtor would ordinarily be able to exempt under 11 U.S.C. § 522 and O.C.G.A. § 44-13-100.

Wherefore, Movant prays for a judgment against Respondent for the cancellation and avoidance of the said judicial lien.

**KING & KING LAW LLC**

/s/L.P. Powell
L.P. Powell, Attorney for Debtor
GA Bar #103474
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-55528 - PWB |
| Dienice Lamonica Mackey, | |
|     Debtor, | CHAPTER 7 |
| | |
| Dienice Lamonica Mackey, | |
|     Movant, | |
| | |
| v. | |
| | CONTESTED MATTER |
| MIDLAND CREDIT MANAGEMEN, | |
|     Respondent. | |

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that, on August 17, 2022, a Motion to Avoid Judicial Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must file a response to the Motion within 21 days after service, and serve a copy of said response upon Movant. If no response is timely filed and served, the Motion will be deemed unopposed and the Bankruptcy Court may enter an order granting the relief sought.

Dated: August 17, 2022

                                          **KING & KING LAW LLC**

                                          /s/L.P. Powell
                                          L.P. Powell, Attorney for Debtor
                                          GA Bar #103474
                                          215 Pryor Street
                                          Atlanta, GA 30303
                                          (404) 524-6400
                                          notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                            CASE NO. 22-55528 - PWB
Dienice Lamonica Mackey,
       Debtor,                               CHAPTER 7

Dienice Lamonica Mackey,
       Movant,

           v.

                                               CONTESTED MATTER
MIDLAND CREDIT MANAGEMEN,
       Respondent.

**CERTIFICATE OF SERVICE**

        I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on August 17, 2022, I served a copy of the Motion to Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd., Suite 555
Atlanta, GA 30305

Dienice Lamonica Mackey
6457 E Meyer DR
Morrow, GA 30260

MIDLAND CREDIT MANAGEMEN
320 EAST BIG BEAVER SUITE 300
TROY, MI 48083

MIDLAND CREDIT MANAGEMEN
c/o Midland Funding, LLC, Registered Agent
675 Ponce de Leon Ave, NE, Ste. 7500
Atlanta, GA, 30308

MIDLAND CREDIT MANAGEMEN
c/o Ashley Bowman-Dumitrascu

Midland Credit Management
260 Peachtree Street NW
22nd Floor
Atlanta, GA 30308

MIDLAND CREDIT MANAGEMEN
c/o Magistrate Court of Gwinnett County
75 Langley Drive
Lawrenceville, GA 30046

                                    **KING & KING LAW LLC**

                                    /s/L.P. Powell
                                  L.P. Powell, Attorney for Debtor
                                  GA Bar #103474
                                  215 Pryor Street
                                  Atlanta, GA 30303
                                  (404) 524-6400
                                  notices@kingkingllc.com