UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              CASE NO. 22-55528 - PWB
Dienice Lamonica Mackey,
           Debtor,                                  CHAPTER 7

Dienice Lamonica Mackey,
           Movant,

           v.
                                                    CONTESTED MATTER
Tina S Orr,
           Respondent.

### MOTION TO AVOID JUDICIAL LIEN ON EXEMPT PROPERTY

This Motion of the Debtor respectfully represents:

1.

On July 21, 2022, Debtor filed a Voluntary Petition in Bankruptcy for relief under Title 11, Chapter 7 of the United States Code.

2.

Debtor files this Motion under 11 U.S.C. § 522(f) to avoid a judicial lien which has attached to property of the Debtor through action of law following a monetary judgment obtained by Respondent on December 12, 2013, in the Magistrate Court of Clayton County, Georgia.

3.

Said judicial lien impairs Debtor's interest in property which Debtor would ordinarily be able to exempt under 11 U.S.C. § 522 and O.C.G.A. § 44-13-100.

Wherefore, Movant prays for a judgment against Respondent for the cancellation and avoidance of the said judicial lien.

**KING & KING LAW LLC**

 /s/L.P. Powell
L.P. Powell, Attorney for Debtor
GA Bar #103474
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                          CASE NO. 22-55528 - PWB
Dienice Lamonica Mackey,
       Debtor,                              CHAPTER 7

Dienice Lamonica Mackey,
       Movant,

      v.
                                                CONTESTED MATTER

Tina S Orr,
       Respondent.

**NOTICE OF REQUIREMENT OF RESPONSE TO MOTION TO AVOID
JUDICIAL LIEN ON EXEMPT PROPERTY AND OF TIME TO FILE SAME**

NOTICE IS HEREBY GIVEN that, on August 17, 2022, a Motion to Avoid Judicial
Lien on Exempt Property pursuant to 11 U.S.C. § 522(f) was filed in this case.

NOTICE IS FURTHER GIVEN that, pursuant to BLR 6008-1(b), Respondent must
file a response to the Motion within 21 days after service, and serve a copy of said response upon
Movant.  If no response is timely filed and served, the Motion will be deemed unopposed and the
Bankruptcy Court may enter an order granting the relief sought.


Dated: August 17, 2022


**KING & KING LAW LLC**



 /s/L.P. Powell
L.P. Powell, Attorney for Debtor
GA Bar #103474
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
notices@kingkingllc.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                      CASE NO. 22-55528 - PWB

Dienice Lamonica Mackey,
            Debtor,                                         CHAPTER 7

Dienice Lamonica Mackey,
            Movant,

            v.
                                                            CONTESTED MATTER

Tina S Orr,
            Respondent.

### CERTIFICATE OF SERVICE

        I, the undersigned, hereby certify that I am, and at all times hereinafter mentioned,
was more than 18 years of age, and that on August 17, 2022, I served a copy of the Motion to
Avoid Judicial Lien on Exempt Property, together with the Notice of Requirement of Response to
Motion to Avoid Judicial Lien on Exempt Property and of Time to File Same upon the following
by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure
delivery to:

S. Gregory Hays
Hays Financial Consulting, LLC
2964 Peachtree Rd., Suite 555
Atlanta, GA 30305

Dienice Lamonica Mackey
6457 E Meyer DR
Morrow, GA 30260

Tina S Orr
3692 Big Horn Court
Ellenwood, GA 30294

                                            **KING & KING LAW LLC**

                                             /s/L.P. Powell
                                            L.P. Powell, Attorney for Debtor
                                            GA Bar #103474
                                            215 Pryor Street
                                            Atlanta, GA 30303
                                            (404) 524-6400/notices@kingkingllc.com