**IT IS ORDERED as set forth below:**



**Date: September 23, 2022**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT`
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NUMBER: 22-55528-PWB |
| DIENICE LAMONICA MACKEY, | CHAPTER 7 |
|     Debtor. | |
| DIENICE LAMONICA MACKEY, | JUDGE BONAPFEL |
|     Movant, | |
| v. | CONTESTED MATTER |
| TINA S ORR, | |
|     Respondent. | |

**O R D E R**

      Before the Court is the Motion to Avoid Lien (the "Motion") of the above-named Debtor, as provided by 11 U.S.C. § 522(f) and Bankruptcy Rule 4003(d). (Docket No. 13). This Respondent has not filed a response; thus, the Motion is deemed to be unopposed. *See* BLR 6008-1(b), N.D. Ga. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the lien held by the Respondent upon exempt property of the above-named Movant is **AVOIDED** to the extent that such lien impairs an exemption to which Movant would have been entitled pursuant to 11 U.S.C. § 522(b).

The Clerk of Court is directed to serve a copy of this Order on the parties on the below distribution list.

END OF DOCUMENT

DISTRIBUTION LIST

Dienice Lamonica Mackey
6457 E Meyer DR
Morrow, GA 30260

Tina S Orr
3692 Big Horn Court
Ellenwood, GA 30294

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305